**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MARK ANTHONY TURBEVILLE,

      Plaintiff,

vs.                                                                  CASE NO. 5:07cv195/RS-EMT

OFFICE OF CHILD SUPPORT ENFORCEMENT
of the State of Florida Department of Revenue,

      Defendant.

_____/

**ORDER**

    Before me is the Magistrate Judge's Order, Report and Recommendation

(Doc. 5).  Plaintiff has not filed objections.

    **IT IS ORDERED**:

1.    The Magistrate Judge's Order, Report and Recommendation is adopted and incorporated by reference in this Order.

2.    Plaintiff's claims for equitable relief against the Child Support Enforcement Division of the Florida Department of Revenue are dismissed with prejudice on *Younger* abstention grounds.

3.    Plaintiff's claims for monetary relief against the Child Support Enforcement Division of the Florida Department of Revenue are dismissed on the basis of Eleventh Amendment immunity pursuant to 28 U.S.C. §1915(e)2)(B)(iii).

4.    Plaintiff's state law claims are dismissed without prejudice to Plaintiff's right to assert them in state court.

5.      This case is dismissed, and the clerk is directed to close the file.


ORDERED on October 19, 2007.


/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**